**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MARTHA FLORES, # 30814-177,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **3:10-CV-2481-N (BK)** |
| | § | **(3:03-CR-188-N(08))** |
| **UNITED STATES OF AMERICA** | § | |
| **Respondent.** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **TRANSFERS** the successive motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002), and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

SO ORDERED.

SIGNED June 20, 2011.


_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE